UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JENNIFER A. BROOKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:05CV01878 AGF |
| LAIDLAW TRANSIT, INC., | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel [Doc. #16] is **DENIED,** pursuant to this Court's Local Rule 37-3.04(A), which states that the Court will not consider any motions related to discovery unless the motion contains a statement that movant's counsel has conferred with opposing counsel, or attempted to do so, in an effort to resolve the dispute but was unable to reach an accord. Pursuant to this Rule, the statement must recite the date, time, and manner of such conference, and the names of the individuals participating therein, or must state with specificity the efforts made to confer with opposing counsel.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of October, 2006.